JOHN E. THOMAS, Respondent, *v.* GEORGE A. DAVIS, Appellant.

*Thomas* v. *Davis,* 77 Hun, 607, affirmed.
(Argued May 29, 1896; decided June 16, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made March 27, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*John M. Hull,* for appellant.

*H. C. Day* for respondent.

Judgment affirmed, with costs; no opinion.

All concur, except HAIGHT, J., not sitting.

---

WILLIAM JONES, Respondent, *v.* WILLIAM TURNER, Appellant.

*Jones* v. *Turner,* 80 Hun, 157, affirmed.
(Argued May 29, 1896; decided June 16, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made July 14, 1894, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*T. F. Conway* for appellant.

*L. L. Shedden* for respondent.

Judgment affirmed, with costs, on opinion below.

All concur.